UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Israel Balderas (A-Number: A-222-594-136),<br><br>Petitioner,<br><br>v.<br><br>Warden of the California City Detention Facility,<br><br>Respondents. | No. 1:26-cv-06250-KES-HBK (HC)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>Doc. 1 |

Petitioner Israel Balderas is an immigration detainee proceeding pro se with a petition for writ of habeas corpus and motion for temporary restraining order. Docs. 1, 4. Respondents agree that petitioner is detained pursuant to 8 U.S.C. § 1226(a) and is "entitled to receive a custody redetermination hearing under section 1226(a) and it is implementing regulations." Doc. 9.[1]

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondents are ORDERED to provide petitioner Ludin Aguilar-Alarcon (A-Number: A-221-370-639) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing

[1] Respondents note that petitioner has not had a § 1226(a) bond hearing because he previously withdrew his request for such a custody redetermination. *Id.* at 1. To the extent respondents argue that petitioner's withdrawal of his prior request meant that he was no longer seeking a custody redetermination, petitioner has now made such a request. Petitioner's petition for habeas corpus reflects that he is seeking such a custody redetermination.

regulations within fourteen (14) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within fourteen (14) days, then respondents must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: August 14, 2026

UNITED STATES DISTRICT JUDGE